Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
P.O. Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ ronstadtlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer Burton, | No. CV-21-1721-PHX-SRB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Reliance Standard Life Insurance Company, | |
| Defendant. | |

Plaintiff hereby gives notice that the parties have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and will file a Stipulation for Dismissal with Prejudice within 30 days.

DATED March 3, 2022

         RONSTADT LAW, PLLC

         By: *s/ Erin Rose Ronstadt*
           Erin Rose Ronstadt
           Kyle Shelton

**CERTIFICATE OF SERVICE**

    I certify that on March 3, 2022 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Brian Del Gatto
Arman Nafisi
WILSON, ELSER, MOSKOWITZ
EDELMAM & DICKER LLP
2720 E. Camelback Road, Suite 210
Phoenix, AZ 85016
brian.delgatto@wilsonelser.com

*Attorney for Defendant*


*s/ Merry Martin*

**RONSTADT LAW**
P.O Box 34145, Phoenix, AZ 85067
6122 N.. 7th Street, Suite B, Phoenix, AZ 85014
(602) 615-0050